UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

CIVIL ACTION NO. 05-129-JBC

JUDY HAMMOND-BAKER,  PLAINTIFF,

V.  <u>ORDER</u>

JO ANNE BARNHART, COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION,  DEFENDANT.

\* \* \* \* \* \* \* \* \* \* \*

This matter is before the court upon the Report and Recommendation of United States Magistrate Judge James B. Todd. No objections have been filed to the Report and Recommendation.

This court may give deference to a magistrate judge's factual and legal conclusions when neither party objects to the magistrate judge's conclusions. *Thomas v. Arn*, 474 U.S. 140 (1985). After a review of the record, the court concurs in the result recommended by the magistrate judge. Accordingly,

**IT IS ORDERED** that the Report and Recommendation (DE 21) is **ADOPTED** as the opinion of the court.

**IT IS FURTHER ORDERED** that the plaintiff's motion for summary judgment (DE 15) is **DENIED**.

**IT IS FURTHER ORDERED** that the defendant's motion for summary judgment (DE 16) is **GRANTED**.

Signed on March 29, 2006

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY